**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**ROCK HILL DIVISION**

| | | |
|---|---|---|
| RAHSHJEEM BENSON,<br>Plaintiff, | §<br>§ | |
| | § | |
| vs. | § | Civil Action No. 0:24-cv-04841 |
| | § | |
| UNITED STATES OF AMERICA,<br>Defendant. | §<br>§ | |

**ORDER ADOPTING REPORT AND RECOMMENDATION,**
**GRANTING DEFENDANT'S MOTION TO DISMISS**
**AND DISMISSING PETITIONER'S PETITION WITHOUT PREJUDICE,**

Plaintiff Rahshjeem Benson, proceeding pro se, filed the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The government has filed a motion to dismiss the petition as moot.

This matter is before the Court for review of the Report and Recommendation (the Report) of the United States Magistrate Judge suggesting to the Court the government's motion to dismiss be granted and Benson's petition be dismissed. The Report was made in accordance with 28 U.S.C. § 636 and Local Civil Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261, 270 (1976). The Court is charged with making a de novo determination of those portions of the Report to which specific objection is made, and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. 28 U.S.C. § 636(b)(1).

The Magistrate Judge filed the Report on September 11, 2026, and objections were due on September 28, 2026. To date, Benson has failed to file objections to the Report.

"[I]n the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note). Here, Benson failed to object to the Report, so de novo review is unnecessary.

Reviewing the Report and record in this case, the Court is unable to conclude there is a clear error which would require the Court to reject the Report. Benson's petition sought solely to have certain calculations related to his release date modified. Since he filed his petition, the relevant records were modified and he has received his relief. Thus, his petition is moot.

After a thorough review of the Report and the record in this case under the standard set forth above, the Court adopts the Report and incorporates it herein. Therefore, it is the judgment of the Court the government's motion to dismiss be **GRANTED** and Benson's petition be **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed this 21st day of October, 2026, in Columbia, South Carolina.

s/ Mary Geiger Lewis
MARY GEIGER LEWIS
UNITED STATES DISTRICT JUDGE

*****

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this Order within sixty days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.